FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RUBEN R. ROSSEL

    Plaintiff,

v.

DR. KRASSNER, et al.,

    Defendant

Case No. CV 09-6527-AG (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the action be dismissed without prejudice.

Dated: May 5, 2010

Andrew J. Guilford
United States District Judge