JS - 6/ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RUBEN R. ROSSEL )   Case No. CV 09-6527-AG (MLG)
      Plaintiff, )
       ) JUDGMENT
      v. )
DR. KRASSNER, et al., )
      Defendant )

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: May 5, 2010

Andrew J. Guilford
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY